# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1773

_____

RANDALL GARRETT PHILLIPS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Wakulla County.
J. Layne Smith, Judge.

October 1, 2025

PER CURIAM.

AFFIRMED. *See Kearse v. State*, 605 So. 2d 534, 537 (Fla. 1st DCA 1992) (citation omitted) ("Waiver may appear if it is reasonably shown that the defendant has abandoned an initial request for self-representation."); *see also* Fla. R. Crim. P. 3.111(d)(3) (requiring an assessment of "the accused's capacity to make a knowing and intelligent waiver" before a trial court can accept a waiver of counsel from a defendant).

ROWE, BILBREY, and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Jessica J. Yeary, Public Defender, and Kasey Lacey, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Appellee.